UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS FABIAN VALIENTE ARTIGAS,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR, Northwest ICE Processing Center, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-04387-TL<br><br>ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter is before the Court on Petitioner Carlos Fabian Valiente Artigas's Motion for Temporary Restraining Order ("TRO motion"). Dkt. No. 2. Having reviewed Petitioner's motion, the Court DENIES Petitioner's motion.

Petitioner's motion is largely mooted by this District's General Order 08-26 ("General Order") and the Scheduling Order issued in this case, *see* Dkt. No. 3, which overlap with the relief sought in the TRO motion. Additionally, the motion does not establish that transfer or removal is imminently likely in the absence of preliminary relief. In any event, the Scheduling

Order does not allow for the removal or transfer of Petitioner from this District without at least seven (7) days' notice. Dkt. No. 3 at 2. Such notice must be provided to both Petitioner and the Court. *See id.* Moreover, because Petitioner's request for release from detention "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. C25-1398, 2025 WL 2165995, at *7 (W.D. Wash. July 30, 2025); *see also Tang v. Bondi*, No. C25-1473, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025).

Accordingly, the Court DENIES Petitioner's Motion for Temporary Restraining Order. Dkt. No. 2.

Dated this 12th day of November 2026.

Tana Lin
United States District Judge